WILLIAM P. CASSIDY, Respondent, *v.* HUDSON TRANSIT CORPORATION, Appellant.

Argued March 6, 1939; decided April 4, 1939.

*Raphael A. Egan* and *Arthur E. Kaley* for appellant.

*William L. Browning, Jr.,* and *Stanley B. Johnson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. O'BRIEN, J., concurs solely on authority of *Tedla* v. *Ellman* (280 N. Y. 124).